**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____

Chapter you are filing under:

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Jeffrey** <br> First name <br><br> **C.** <br> Middle name <br><br> **Schwartzman** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-3049** | |

Debtor 1    **Jeffrey C. Schwartzman**                                                Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.<br><br>FDBA  Sweet U Staten Island, LLC<br>FDBA  Sweet U Providence Place, LLC<br>FDBA  Sweet U I-95, LLC<br>FDBA  Sweet U Buckland Hills, LLC<br>FDBA  Sweet U BDL, LLC<br>FDBA  Sweet U Taubman, LLC (Westfarms)<br>FDBA  Sweet U-Simon, LLC (Wrentham Village Outlets)<br><br>Business name(s)<br><br>_____<br><br>EINs<br>_____ | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>_____<br><br>EINs<br>_____ |

**5. Where you live**

**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**
Number, Street, City, State & ZIP Code

**Hartford**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Jeffrey C. Schwartzman**                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |
| | District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Jeffrey C. Schwartzman**                                      Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Jeffrey C. Schwartzman**                                                    Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Jeffrey C. Schwartzman**          Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Jeffrey C. Schwartzman**

**Jeffrey C. Schwartzman**                                         Signature of Debtor 2
Signature of Debtor 1

Executed on    **December 11, 2019**                   Executed on _____
MM / DD / YYYY                                                  MM / DD / YYYY

---

Debtor 1    **Jeffrey C. Schwartzman**                                              Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Joel M. Grafstein**                                          Date    **December 11, 2019**
Signature of Attorney for Debtor                                           MM / DD / YYYY

**Joel M. Grafstein ct06191**
Printed name

**Grafstein & Arcaro, LLC**
Firm name

**114 West Main Street**
**Suite 105**
**New Britain, CT 06051**
Number, Street, City, State & ZIP Code

Contact phone    **(860) 674-8003**                        Email address

**ct06191 CT**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.......................................... | $ 20,514.01 |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................................................... | $ 20,514.01 |

### Part 2:    Summarize Your Liabilities

|  | | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 0.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 10,253.32 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 1,463,053.12 |
| | **Your total liabilities** | $ 1,473,306.44 |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $ 0.00 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $ 5,963.35 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 10,253.32 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 10,253.32 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                  Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes. Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................................=>**

   | $0.00 |
   |---|

**Part 3:   Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Misc. Household Goods- At Residence | $5,000.00 |
|---|---|

| Misc. Household Goods- At 114 Oxford Drive, South Windsor | $2,500.00 |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                     Case number *(if known)*

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
    including cell phones, cameras, media players, games

    ☐ No
    ■ Yes.  Describe.....

    | Cell Phone and Misc. Electronics | $1,000.00 |
    |---|---|

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
    other collections, memorabilia, collectibles

    ■ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
    musical instruments

    ■ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes.  Describe.....

    | Misc. Clothing | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes.  Describe.....

    | Misc. Jewelry | $1,000.00 |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No
    ☐ Yes.  Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ..................................................................................

    | $10,500.00 |
    |---|

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ■ No

Debtor 1    **Jeffrey C. Schwartzman**                                        Case number *(if known)*

☐ Yes..................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................                              Institution name:

| | 17.1. | **Checking** | **T.D. Bank - A/C #9295** | **$1,000.00** |
|---|---|---|---|---|

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................                 Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them....................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **Sweek U Staten Island, LLC** | **60** | % | **$1.00** |
| **Sweek U Providence Place,  LLC** | **60** | % | **$1.00** |
| **Sweek U I-95,  LLC** | **60** | % | **$1.00** |
| **Sweek U BDL,  LLC** | **60** | % | **$1.00** |
| **Sweek U Taubman,  LLC** | **60** | % | **$1.00** |
| **Sweek U Simon,  LLC** | **60** | % | **$1.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
                 Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
■ Yes. List each account separately.
       Type of account:                  Institution name:

| **Individual TOD** | **Fidelity Investments - A/C #X65-412112** | **$0.01** |
|---|---|---|

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .....................                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number *(if known)*

☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| Possible IRS Refund-2019 | $5,906.00 |
| Possible DRS (State of Connecticut) tax refund - 2019 (subject to possible offset for outstanding taxes) | $2,746.00 |
| Possible Rhode Island-tax refund 2019 | $356.00 |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.
Company name:                          Beneficiary:                          Surrender or refund value:

Debtor 1    **Jeffrey C. Schwartzman**                                        Case number *(if known)*

| Banner Life-Term Insurance - Policy #17B574809 ($250,000 Face Amount) | Jennifer Tolman | $0.00 |
|---|---|---|

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................................................

   $10,014.01

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   ■ No
   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

   $0.00

Debtor 1   **Jeffrey C. Schwartzman**                                        Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| | | |
|---|---|---:|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................................. | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $10,500.00 |
| 58. | **Part 4: Total financial assets, line 36** | $10,014.01 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54**   + | $0.00 |

62.   **Total personal property.** Add lines 56 through 61...        **$20,514.01**       Copy personal property total        **$20,514.01**

63.   **Total of all property on Schedule A/B**. Add line 55 + line 62                                      **$20,514.01**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Misc. Household Goods- At Residence**<br>Line from *Schedule A/B:* **6.1** | $5,000.00 | ■ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. Household Goods- At 114 Oxford Drive, South Windsor**<br>Line from *Schedule A/B:* **6.2** | $2,500.00 | ■ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cell Phone and Misc. Electronics**<br>Line from *Schedule A/B:* **7.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. Clothing**<br>Line from *Schedule A/B:* **11.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Misc. Jewelry**<br>Line from *Schedule A/B:* **12.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                      Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Checking: T.D. Bank - A/C #9295**<br>Line from *Schedule A/B*: **17.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Sweek U Staten Island, LLC**<br>**60 % ownership**<br>Line from *Schedule A/B*: **19.1** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Sweek U Providence Place, LLC**<br>**60 % ownership**<br>Line from *Schedule A/B*: **19.2** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Sweek U I-95, LLC**<br>**60 % ownership**<br>Line from *Schedule A/B*: **19.3** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Sweek U BDL, LLC**<br>**60 % ownership**<br>Line from *Schedule A/B*: **19.4** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Sweek U Taubman, LLC**<br>**60 % ownership**<br>Line from *Schedule A/B*: **19.5** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Sweek U Simon, LLC**<br>**60 % ownership**<br>Line from *Schedule A/B*: **19.6** | $1.00 | ■ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Individual TOD: Fidelity Investments - A/C #X65-412112**<br>Line from *Schedule A/B*: **21.1** | $0.01 | ■ $0.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **Possible IRS Refund-2019**<br>Line from *Schedule A/B*: **28.1** | $5,906.00 | ■ $5,906.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Possible DRS (State of Connecticut) tax refund - 2019 (subject to possible offset for outstanding taxes)**<br>Line from *Schedule A/B*: **28.2** | $2,746.00 | ■ $2,746.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Possible Rhode Island-tax refund 2019**<br>Line from *Schedule A/B*: **28.3** | $356.00 | ■ $356.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Banner Life-Term Insurance - Policy #17B574809 ($250,000 Face Amount) Beneficiary: Jennifer Tolman**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(7)** |

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number (if known) _____

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

■ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Department of Revenue Services** | Last 4 digits of account number _____ | $273.25 | $273.25 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**State of Connecticut**
**Twenty Five Sigourney Street**
**P.O. Box 5088**
**Hartford, CT 06106**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Sales taxes-Westfarms; Buckland and BDL**

Debtor 1    **Jeffrey C. Schwartzman**    Case number (if known) _____

---

| 2.2 | **Eighth Utilities District** | Last 4 digits of account number   **0845** | **$86.82** | **$0.00** | **$86.82** |

Priority Creditor's Name
**Attn: Manager**
**18 Main Street**
**Manchester, CT 06042**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Personal Property Taxes**

---

| 2.3 | **Internal Revenue Service** | Last 4 digits of account number  | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Taxes**

---

| 2.4 | **Massachusetts Department of Revenue** | Last 4 digits of account number  | **$1,000.00** | **$1,000.00** | **$0.00** |

Priority Creditor's Name
**PO Box 7010**
**Boston, MA 02204**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Sales and Use Tax**

---

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number (if known) _____

---

| 2.5 | **New York State Department of** | Last 4 digits of account number | 9173 | **Unknown** | $0.00 | $0.00 |

Priority Creditor's Name
**Taxation and Finance**
**Civil Enforcement Central Office**
**W.A. Harriman Campus**
**Albany, NY 12227**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Possible tax liability - Sweet U Staten Island LLC**

---

| 2.6 | **State of Connecticut** | Last 4 digits of account number | 9320 | $200.00 | $200.00 | $0.00 |

Priority Creditor's Name
**Attn: Department of Labor**
**200 Folly Brook Road**
**Wethersfield, CT 06109**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Labor Fees**

---

| 2.7 | **State of Connecticut** | Last 4 digits of account number | 9372 | $301.89 | $301.89 | $0.00 |

Priority Creditor's Name
**Attn: Department of Labor**
**200 Folly Brook Road**
**Wethersfield, CT 06109**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

**Labor Fees**

---

Debtor 1   **Jeffrey C. Schwartzman**                                    Case number (if known)

---

| 2.8 | **State of New York** | Last 4 digits of account number | **$5,000.00** | **$5,000.00** | **$0.00** |

Priority Creditor's Name
**Workers' Compensation Bureau**
**Attn: Commissioner**
**P.O. Box 5200**
**Binghamton, NY 13902**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

- ☑ No
- ☐ Yes

**Possible personal liability for Sweet U Staten Island LLC**

---

| 2.9 | **Town of Manchester** | Last 4 digits of account number | 3028 | **$1,664.53** | **$1,664.53** | **$0.00** |

Priority Creditor's Name
**Collector of Revenue**
**41 Center Street**
**Po Box 191**
**Manchester, CT 06045-0191**

When was the debt incurred?   2017

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

- ☑ No
- ☐ Yes

**Personal Property Taxes**

---

| 2.10 | **Town of South Windsor** | Last 4 digits of account number | 1080 | **$471.31** | **$471.31** | **$0.00** |

Priority Creditor's Name
**Attn: Tax Collector**
**1540 Sullivan Avenue**
**South Windsor, CT 06074**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

**Is the claim subject to offset?**

- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

- ☑ No
- ☐ Yes

**2016 CanAm Spyder Motorcycle**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Jeffrey C. Schwartzman**                                    Case number *(if known)* _____

| 2.1 / 1 | **Town of Windsor Locks** | Last 4 digits of account number | **0759** | **$1,255.52** | **$1,255.52** | **$0.00** |

Priority Creditor's Name
**Tax Collector**
**50 Church Street**
**Windsor Locks, CT 06096**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**10 Schoephoester Road/Personal Property**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |

| 4.1 | **Aetna Pharmacy Management** | Last 4 digits of account number | **$111.57** |

Nonpriority Creditor's Name
**P.O. Box 741940**
**Atlanta, GA 30374**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **medical**

Debtor 1   **Jeffrey C. Schwartzman**                                         Case number (if known)

---

| 4.2 | **Ally Financial** | Last 4 digits of account number | **7062** | | $1,933.31 |

Nonpriority Creditor's Name

**Attn: President**
**PO Box 380901**
**Minneapolis, MN 55438-0901**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                            □ Contingent
□ Debtor 2 only                                            □ Unliquidated
□ Debtor 1 and Debtor 2 only                               □ Disputed
□ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community**               □ Student loans
**debt**                                                    □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims
■ No                                                        □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                       ■ Other. Specify   **Collections/Prior Leased Vehicle Payments**
                                                                               **and Taxes**

---

| 4.3 | **Ally Financial** | Last 4 digits of account number | | | $14,877.00 |

Nonpriority Creditor's Name

**Attn: President**
**200 Renaissance Center**
**Detroit, MI 48243**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                            □ Contingent
□ Debtor 2 only                                            □ Unliquidated
□ Debtor 1 and Debtor 2 only                               □ Disputed
□ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community**               □ Student loans
**debt**                                                    □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims
■ No                                                        □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                       ■ Other. Specify

---

| 4.4 | **Altus GTS Inc.** | Last 4 digits of account number | **4303** | | $4,821.58 |

Nonpriority Creditor's Name

**Attn: President**
**2400 Veterans Memorial Blvd, Ste**
**300**
**Kenner, LA 70062**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

□ Debtor 1 only                                            ■ Contingent
□ Debtor 2 only                                            □ Unliquidated
□ Debtor 1 and Debtor 2 only                               □ Disputed
■ At least one of the debtors and another                  **Type of NONPRIORITY unsecured claim:**
□ **Check if this claim is for a community**               □ Student loans
**debt**                                                    □ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims
■ No                                                        □ Debts to pension or profit-sharing plans, and other similar debts
□ Yes                                                       ■ Other. Specify   **Collections**

---

Debtor 1  **Jeffrey C. Schwartzman**                                            Case number (if known) _____

| | |
|---|---|

**4.5**

| | |
|---|---|
| **American Express** | **Last 4 digits of account number**  **4005**                    **$30,728.61** |
| Nonpriority Creditor's Name | |
| **Attn: President** | **When was the debt incurred?** _____ |
| **PO Box 1270** | |
| **Newark, NJ 07101-1270** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Collections** |

**4.6**

| | |
|---|---|
| **Anne Zack** | **Last 4 digits of account number**  **2017**                    **Unknown** |
| Nonpriority Creditor's Name | |
| **29 Circle Drive** | **When was the debt incurred?** _____ |
| **Rumson, NJ 07760** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **contingent liaiblity** |

**4.7**

| | |
|---|---|
| **Anthem Blue Cross and Blue Shield** | **Last 4 digits of account number**  **7285**                    **$87.25** |
| Nonpriority Creditor's Name | |
| **Attn: President** | **When was the debt incurred?** _____ |
| **108 Leigus Road** | |
| **Wallingford, CT 06492** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |
| **Who incurred the debt?** Check one. | |
| ■ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a  community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Collections** |

Debtor 1   **Jeffrey C. Schwartzman**                                    Case number *(if known)*

| 4.8 | **Axis Communications, Inc.** | Last 4 digits of account number | **4257** | **$399.00** |

Nonpriority Creditor's Name
**Attn: Member**
**300 Apollo Drive**
**Chelmsford, MA 01824**

**When was the debt incurred?**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Replacement Unit Companion Rec 3CG 1TB US**

---

| 4.9 | **Cantor Colburn, LLP** | Last 4 digits of account number | | **$4,821.58** |

Nonpriority Creditor's Name
**Attn: Member**
**20 Church Street, 22nd Floor**
**Hartford, CT 06103-3207**

**When was the debt incurred?**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trademark Attorney**

---

| 4.10 | **Chase** | Last 4 digits of account number | **6375** | **$27,406.61** |

Nonpriority Creditor's Name
**Attn: President**
**PO Box 15298**
**Wilmington, DE 19850-5298**

**When was the debt incurred?**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collections**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Jeffrey C. Schwartzman**                            Case number *(if known)*

---

**4.1**
**1**

**Citi**
Nonpriority Creditor's Name
**Attn: President**
**PO Box 6190**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____        **$4,737.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.1**
**2**

**Citizens Bank**
Nonpriority Creditor's Name
**Attn: President**
**Po Box 42002**
**Providence, RI 02940**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **2657**        **$250.57**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Overdrawn Business Account/Collections**

---

**4.1**
**3**

**CNA Insurance**
Nonpriority Creditor's Name
**Attn: President**
**Po Box 790094**
**Saint Louis, MO 63179-0094**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** **0181**        **$366.72**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Insurance**

---

Debtor 1   **Jeffrey C. Schwartzman**                                              Case number (if known) _____

---

**4.1
4**

| | |
|---|---|
| **Columbia Gas of Massachuessetts** | Last 4 digits of account number  **0046**  $39.60 |
| Nonpriority Creditor's Name | |
| **Attn: President** | When was the debt incurred? _____ |
| **Po Box 742514** | |
| **Cincinnati, OH 45274-2514** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

**4.1
5**

| | |
|---|---|
| **Connecticut Airport Authority (CAA)** | Last 4 digits of account number  **3580**  $15,872.84 |
| Nonpriority Creditor's Name | |
| **Attn: President** | When was the debt incurred?  **5/20/18-1/20/19** |
| **334 Ella Grasso Turnpike, Suite 160** | |
| **Windsor Locks, CT 06096** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Unpaid Rent**

---

**4.1
6**

| | |
|---|---|
| **Connecticut Airport Authority (CAA)** | Last 4 digits of account number  **Various Invoices**  $250.00 |
| Nonpriority Creditor's Name | |
| **Attn: President** | When was the debt incurred? _____ |
| **334 Ella Grasso Turnpike, Suite 160** | |
| **Windsor Locks, CT 06096** | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Badging & Fingerprinting Fees**

---

Debtor 1    **Jeffrey C. Schwartzman**

Case number (if known) _____

---

| 4.17 | **Cox Communications** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**Po Box 9001085**
**Louisville, KY 40290-1085**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4401**                                    **$266.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business**

---

| 4.18 | **Cox Communications** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**Po Box 9001085**
**Louisville, KY 40290-1085**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **6001**                                    **$306.74**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collections**

---

| 4.19 | **Cube Smart** | | | |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: President**
**23 South Main Street**
**East Windsor, CT 06088**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2598**                                    **$634.99**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

Debtor 1  **Jeffrey C. Schwartzman**                                        Case number (if known) _____

| | | |
|---|---|---|
| **4.2 0** | **David Zack** | Last 4 digits of account number **2017** |

**David Zack**
Nonpriority Creditor's Name
**29 Circle Drive**
**Rumson, NJ 07760**
Number Street City State Zip Code

Last 4 digits of account number **2017**                **$380,000.00**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal Loans for Sweet U**

---

| | | |
|---|---|---|
| **4.2 1** | **Eversource** | Last 4 digits of account number **2259** |

**Eversource**
Nonpriority Creditor's Name
**Attn: President**
**Po Box 650032**
**Dallas, TX 75265-0032**
Number Street City State Zip Code

Last 4 digits of account number **2259**                **$332.03**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Utilities/Collections**

---

| | | |
|---|---|---|
| **4.2 2** | **First Data Global Leasing** | Last 4 digits of account number **7000** |

**First Data Global Leasing**
Nonpriority Creditor's Name
**Attn: President**
**Po Box 173845**
**Denver, CO 80217**
Number Street City State Zip Code

Last 4 digits of account number **7000**                **$4,889.54**

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collections**

---

Debtor 1   **Jeffrey C. Schwartzman**                                                    Case number (if known) _____

---

**4.2 3**

**First Data Merchant Services**
Nonpriority Creditor's Name
**Attn: President**
**4000 Coral Ridge Drive, C-230**
**Coral Springs, FL 33065**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6882**                        **$4,733.48**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

**4.2 4**

**First Data Merchant Services**
Nonpriority Creditor's Name
**Attn: President**
**Po Box 17548**
**Denver, CO 80217-7548**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **3882**                        **$4,889.54**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

**4.2 5**

**First Data Merchant Services**
Nonpriority Creditor's Name
**Attn: President**
**Po Box 17548**
**Denver, CO 80217-7548**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **6883**                        **$125.57**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number (if known) _____

---

**4.2 6**

**GGP-Buckland Hills Mall, LLC**

Nonpriority Creditor's Name

**Attn: Managing Member**
**110 N. Wacker Drive**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **8-18-17**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty of Lease**

**Unknown**

---

**4.2 7**

**GGP-Providence Place, LLC**

Nonpriority Creditor's Name

**Attn: Member**
**350 N. Wacker Drive**
**Chicago, IL 60654-1607**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2953**

When was the debt incurred?    **1-9-2018**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Defaulted Lease**

**$273,022.17**

---

**4.2 8**

**GGP-Staten Island Mall, LLC**

Nonpriority Creditor's Name

**Attn: Managing Member**
**110 N. Wacker Drive**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **8-18-17**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Guaranty of Lease**

**Unknown**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Jeffrey C. Schwartzman**                          Case number *(if known)*

| | | |
|---|---|---|
| **4.2 9** | **GMAC** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 78234**
**Phoenix, AZ 85062-8234**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Possible deficiency following repossession of 2017 Chevrolet Suburban**

---

| | | |
|---|---|---|
| **4.3 0** | **Golden Rule/United Healthcare** | Last 4 digits of account number    **6182**    **$198.00** |

Nonpriority Creditor's Name
**Attn: President**
**Po Box 740209**
**Cincinnati, OH 45274-0209**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Insurance Premium/Collections**

---

| | | |
|---|---|---|
| **4.3 1** | **Goodhire** | Last 4 digits of account number    **4006**    **$935.00** |

Nonpriority Creditor's Name
**Infection Risk Solutions, LLC**
**Attn: President**
**555 Twin Dolphin Drive, #200**
**Redwood City, CA 94065**

When was the debt incurred?

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Background Check Services/Collections**

---

Debtor 1   **Jeffrey C. Schwartzman**                                   Case number *(if known)* _____

---

**4.3 2**

| **Google LLC** | Last 4 digits of account number   **0728** | **$20.20** |

Nonpriority Creditor's Name
**Attn: President**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Monthly billing/Web Domain/Sweet U**

---

**4.3 3**

| **Granite Communications** | Last 4 digits of account number   **3393** | **$1,568.05** |

Nonpriority Creditor's Name
**Attn: President**
**100 Newport Avenue Extension**
**Quincy, MA 02171**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Services**

---

**4.3 4**

| **Griggs & Browne Pest Control** | Last 4 digits of account number   **4486** | **$360.00** |

Nonpriority Creditor's Name
**Attn: Manager**
**175 Niantic Avenue**
**Providence, RI 02907**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Jeffrey C. Schwartzman**                                Case number *(if known)*

| 4.3 5 | **Guardian Self Storage** | Last 4 digits of account number **G443** | $534.21 |

Nonpriority Creditor's Name

**Attn: Manager**
**106 Washington Street**
**Foxboro, MA 02035**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Storage Service-judgment**

---

| 4.3 6 | **Hartford Financial Services** | Last 4 digits of account number | $569.20 |

Nonpriority Creditor's Name

**c/o Brown & Joseph, LLC**
**One Pierce Place, Suite 700W**
**Itasca, IL 60143**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **possible claim**

---

| 4.3 7 | **Hartford HealthCare** | Last 4 digits of account number **3700** | $362.00 |

Nonpriority Creditor's Name

**Attn: President**
**PO Box 419032**
**Boston, MA 02241-9032**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Services**

Debtor 1 **Jeffrey C. Schwartzman**                                        Case number (if known) _____

| 4.3 8 | **J.H. LaPierre, Jr. & Son, LLC** | Last 4 digits of account number | **3439** | **$8,410.43** |

Nonpriority Creditor's Name
**Attn: Member**
**6 Arlington Road**
**Windsor Locks, CT 06096**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Plumber/Electrician**

| 4.3 9 | **Kabbage** | Last 4 digits of account number | **7702** | **$5,118.28** |

Nonpriority Creditor's Name
**Attn: President**
**Po Box 77081**
**Atlanta, GA 30357**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Loan**

| 4.4 0 | **Kurtis Lavoie** | Last 4 digits of account number | **1421** | **$159.53** |

Nonpriority Creditor's Name
**92 Simms Road**
**Berlin, CT 06037**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Graphic Designer**

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number (if known) _____

---

| 4.4<br>1 | **Lakeside Electric** | Last 4 digits of account number   **1253** | **$263.22** |

Nonpriority Creditor's Name
**Attn: Manager**
**123 Secret Lake Road**
**Avon, CT 06001**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

| 4.4<br>2 | **Law Office of Keith Yagaloff & Associate** | Last 4 digits of account number | **$2,442.50** |

Nonpriority Creditor's Name
**Attn:  Keith Yagaloff, Esq.**
**1343 Sullivan Avenue**
**South Windsor, CT 06074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Fees**

---

| 4.4<br>3 | **Leslie Herman** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**114 Oxford Drive**
**South Windsor, CT 06074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **possible claim of contribution**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Jeffrey C. Schwartzman**                                      Case number (if known) _____

| 4.4 4 | **Maryland Plastics Inc.** | Last 4 digits of account number **3443** | **$1,290.24** |

Nonpriority Creditor's Name
**Attn: President**
**251 East Central Avenue**
**Federalsburg, MD 21632**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Merchandise**

---

| 4.4 5 | **Milestone Payroll Company** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.4 6 | **National Grid** | Last 4 digits of account number **2020** | **$268.58** |

Nonpriority Creditor's Name
**Attn: President**
**Po Box 960**
**Northborough, MA 01532-0960**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Services**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Jeffrey C. Schwartzman**                                     Case number (if known) _____

---

| 4.4 7 | **New York Registered Agent.Com** | Last 4 digits of account number | **5269** | **$49.00** |

Nonpriority Creditor's Name
**Attn: President**
**90 State Street, Suite 700 Office 40**
**Albany, NY 12207**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Services**

---

| 4.4 8 | **New York State Insurance Fund** | Last 4 digits of account number | **4638** | **$1,080.54** |

Nonpriority Creditor's Name
**Disability Insurance Benefits**
**Attn: President**
**Po Box 5239**
**New York, NY 10008-5239**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disability Insurance Benefits**

---

| 4.4 9 | **Nissan-Infiniti LT** | Last 4 digits of account number | | **$2,235.00** |

Nonpriority Creditor's Name
**Attn: President**
**PO Box 660366**
**Dallas, TX 75266-0366**

When was the debt incurred?   _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   _____

---

Debtor 1   **Jeffrey C. Schwartzman**                                   Case number (if known) _____

---

| 4.5 0 | **On Deck** | Last 4 digits of account number | **0343** | **$10,822.98** |

Nonpriority Creditor's Name
**Attn: President**
**901 N. Stuart Street, Suite 700**
**Arlington, VA 22203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Loan**

---

| 4.5 1 | **Pronto Printers** | Last 4 digits of account number | **0466** | **$674.26** |

Nonpriority Creditor's Name
**Attn: Manager**
**2406 Berlin Turnpike**
**Newington, CT 06111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services**

---

| 4.5 2 | **Rhode Island Registered Agent.Com** | Last 4 digits of account number | **56HK** | **$49.00** |

Nonpriority Creditor's Name
**Attn: President**
**One Richmond Square, Suite 125B**
**Providence, RI 02906**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Services**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Jeffrey C. Schwartzman**                              Case number (if known) _____

---

**4.5 3**

| | |
|---|---|
| **Richard Millwater** | |
| Nonpriority Creditor's Name | |
| **336 37th Street** | |
| **Brooklyn, NY 11232** | |
| Number City State Zip Code | |

**Last 4 digits of account number** _____        **$90,000.00**

**When was the debt incurred?**   **12/20/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan - Sweet U**

---

**4.5 4**

| | |
|---|---|
| **Richard Millwater** | |
| Nonpriority Creditor's Name | |
| **336 37th Street** | |
| **Brooklyn, NY 11232** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number** _____        **$210,000.00**

**When was the debt incurred?**   **9/13/2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan - Sweet U**

---

**4.5 5**

| | |
|---|---|
| **Rome McGuigan, P.C.** | |
| Nonpriority Creditor's Name | |
| **One State Street** | |
| **Hartford, CT 06103** | |
| Number Street City State Zip Code | |

**Last 4 digits of account number**   **5144**        **$19,932.84**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal Services**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                   Case number *(if known)*

---

**4.5 6**

**Ronald Bromberg**
Nonpriority Creditor's Name
**417 Beechwood Place**
**Westfield, NJ 07090**
Number City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **Unknown**

**When was the debt incurred?**    **various**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **contribution claim as to business debts**

---

**4.5 7**

**Standard Parking/Admin. Parking Building**
Nonpriority Creditor's Name
**Attn: Manager**
**Bradley International Airport**
**Windsor Locks, CT 06096**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **1800**          **$150.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Parking**

---

**4.5 8**

**Synchrony Bank/JCP**
Nonpriority Creditor's Name
**Attn: President**
**PO Box 965007**
**Orlando, FL 32896-5007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____          **$3,084.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Merchandise**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                        Case number (if known) _____

| 4.59 | **The Hartford Financial Services Group** | Last 4 digits of account number **5156** | **$999.15** |
|------|-----|-----|-----|

Nonpriority Creditor's Name
**Attn: President**
**Po Box 59838**
**Schaumburg, IL 60159-0838**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Insurance for Workers Compensation**

---

| 4.60 | **The Hartford Financial Services Group** | Last 4 digits of account number **3343** | **$1,175.88** |
|------|-----|-----|-----|

Nonpriority Creditor's Name
**Attn: President**
**Po Box 59838**
**Schaumburg, IL 60159-0838**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Insurance for Workers Compensation**

---

| 4.61 | **The Hitchcock Group, LLC** | Last 4 digits of account number **1818** | **$2,500.00** |
|------|-----|-----|-----|

Nonpriority Creditor's Name
**Attn: President**
**600 Sylvan Avenue, Suite 206**
**Englewood Cliffs, NJ 07632**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Services**

---

Debtor 1  **Jeffrey C. Schwartzman**                                      Case number (if known) _____

| 4.6 2 | **The Nutty Bavarian** | Last 4 digits of account number | **Various Invoices** | **$6,041.71** |

Nonpriority Creditor's Name
**Attn: Manager**
**305 Hickman Drive**
**Sanford, FL 32771**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Merchandise (Staten Island $1,529.65, Providence Mall $1,490.95, Buckland Hills $1,510.55, BDL $1,510.55)**

---

| 4.6 3 | **TriMark United East** | Last 4 digits of account number | **1457** | **$4,573.11** |

Nonpriority Creditor's Name
**Attn: President**
**505 Collins Street**
**Attleboro, MA 02703**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collections Suit: HHD-CV18-5054890-S Judgment of Dismissal on 2/8/19**

---

| 4.6 4 | **Verizon** | Last 4 digits of account number | **0001** | **$255.38** |

Nonpriority Creditor's Name
**Attn: Manager**
**Po Box 25505**
**Lehigh Valley, PA 18002-5505**

**When was the debt incurred?** _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Account/Collections**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                     Case number (if known) _____

| 4.6 5 | **Webster Bank** | **Last 4 digits of account number** | **0208** | **$1,700.00** |
|---|---|---|---|---|

**Webster Bank**
Nonpriority Creditor's Name
**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**
Number Street City State Zip Code

**Last 4 digits of account number**    **0208**                        **$1,700.00**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Account/Overdrawn**

---

| 4.6 6 | **Webster Bank** | **Last 4 digits of account number** | **7593** | **$10,920.73** |
|---|---|---|---|---|

**Webster Bank**
Nonpriority Creditor's Name
**Attn: President**
**145 Bank Street**
**Waterbury, CT 06702**
Number Street City State Zip Code

**Last 4 digits of account number**    **7593**                        **$10,920.73**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Card**

---

| 4.6 7 | **Webster Bank** | **Last 4 digits of account number** | **3215** | **$244.69** |
|---|---|---|---|---|

**Webster Bank**
Nonpriority Creditor's Name
**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**
Number Street City State Zip Code

**Last 4 digits of account number**    **3215**                        **$244.69**

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Account/Overdrawn**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Jeffrey C. Schwartzman**                          Case number (if known) _____

---

| 4.6 8 | **Webster Bank** | | Last 4 digits of account number | **6487** | **$127.00** |

Nonpriority Creditor's Name
**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Account/Overdrawn**

---

| 4.6 9 | **Webster Bank** | | Last 4 digits of account number | **2770** | **$1,838.98** |

Nonpriority Creditor's Name
**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Account/Overdrawn**

---

| 4.7 0 | **Webster Bank** | | Last 4 digits of account number | **7867** | **$552.27** |

Nonpriority Creditor's Name
**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Account/Overdrawn**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Jeffrey C. Schwartzman**        Case number (if known) _____

---

**4.7**
**1**

| | |
|---|---|
| **Webster Bank** | Last 4 digits of account number   **7793**      $532.19 |

Nonpriority Creditor's Name

**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Account/Overdrawn**

---

**4.7**
**2**

| | |
|---|---|
| **Webster Bank** | Last 4 digits of account number   **0198**      $957.11 |

Nonpriority Creditor's Name

**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Account/Overdrawn**

---

**4.7**
**3**

| | |
|---|---|
| **Webster Bank** | Last 4 digits of account number   **9633**      $1,702.14 |

Nonpriority Creditor's Name

**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Account/Overdrawn**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   **Jeffrey C. Schwartzman**                                   Case number (if known)

---

| 4.7 4 | **Webster Bank** | Last 4 digits of account number   **3206** | **$862.69** |

Nonpriority Creditor's Name
**Attn: President**
**436 Slater Road**
**New Britain, CT 06053**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Account/Overdrawn**

---

| 4.7 5 | **Wells Fargo Home Mortgage** | Last 4 digits of account number   **6835** | **$291,589.00** |

Nonpriority Creditor's Name
**Attn: President**
**PO Box 10335**
**Des Moines, IA 50306-0335**
Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Mortgage**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Attorney Richard Healy** **One State Street** **Hartford, CT 06103** | Line **4.55** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Aubrey Law Firm** **Attn: Henry Veasley III** **12 Powder Springs St., Suite 240** **Marietta, GA 30064** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.50** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Audit Systems Inc.** **Attn: President** **3696 Ulmerton Road, Suite 200** **Clearwater, FL 33762** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.67** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

Debtor 1   **Jeffrey C. Schwartzman**                                    Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Audit Systems Inc.**<br>**Attn: President**<br>**3696 Ulmerton Road, Suite 200**<br>**Clearwater, FL 33762** | Line **4.68** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Audit Systems Inc.**<br>**Attn: President**<br>**3696 Ulmerton Road, Suite 200**<br>**Clearwater, FL 33762** | Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Audit Systems Inc.**<br>**Attn: President**<br>**3696 Ulmerton Road, Suite 200**<br>**Clearwater, FL 33762** | Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Audit Systems Inc.**<br>**Attn: President**<br>**3696 Ulmerton Road, Suite 200**<br>**Clearwater, FL 33762** | Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Audit Systems Inc.**<br>**Attn: President**<br>**3696 Ulmerton Road, Suite 200**<br>**Clearwater, FL 33762** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Brown & Joseph, LLC**<br>**Attn: Partner**<br>**Po Box 59838**<br>**Schaumburg, IL 60159-0838** | Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **5156** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Brown & Joseph, LLC**<br>**Attn: Partner**<br>**Po Box 59838**<br>**Schaumburg, IL 60159-0838** | Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **3343** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Cantor Colburn LLP**<br>**Attn: President**<br>**20 Church Street**<br>**Hartford, CT 06103** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **SBH** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Constar Financial Services, LLC**<br>**Attn: Member**<br>**10400 N. 25th Avenue, Suite 100**<br>**Phoenix, AZ 85021** | Line **4.2** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1684** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Collection Services**<br>**Attn: Manager**<br>**725 Canton Street**<br>**Norwood, MA 02062** | Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Jeffrey C. Schwartzman**                                      Case number *(if known)*

2259

| | |
|---|---|
| Name and Address<br>**Credit Protection Association, LP**<br>**Attn: President**<br>**Po Box 802068**<br>**Dallas, TX 75380-2068** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **4018** |
| Name and Address<br>**Eckert Seamans Cherin & Mellott, LLC**<br>**Christian B.W. Stephens, Esq.**<br>**Two International Place, 16th Floor**<br>**Boston, MA 02110** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.27** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Genpact, LLC**<br>**Attn: President**<br>**Po Box 727**<br>**Wilkes Barre, PA 18703** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7285** |
| Name and Address<br>**Hunter Warfield**<br>**Attn: President**<br>**4620 Woodland Corporate Blvd.**<br>**Tampa, FL 33614** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **9002** |
| Name and Address<br>**McCarthy, Burgess & Wolff**<br>**Attn: Manager**<br>**26000 Cannon Road**<br>**Bedford, OH 44146** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.64** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **1778** |
| Name and Address<br>**MRS BPO, LLC.**<br>**Attn: Member**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ 08003** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **9737** |
| Name and Address<br>**Nationwide Credit, Inc.**<br>**Attn: President**<br>**Po Box 14581**<br>**Des Moines, IA 50306-3581** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **7458** |
| Name and Address<br>**Northstar Location Services**<br>**Attn: President**<br>**4285 Genesee Street**<br>**Buffalo, NY 14225-1943** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.2** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| Name and Address<br>**Penn Credit**<br>**Attn: President**<br>**Po Boz 69703**<br>**Harrisburg, PA 17106-9703** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0677** |
| Name and Address<br>**Receivable Collection Services** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.22** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims |

| Debtor 1 | **Jeffrey C. Schwartzman** | | Case number *(if known)* | |

---

| Attn: President<br>170 Jericho Tpke, Suite 204<br>Floral Park, NY 11001 | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | |

---

| Name and Address<br>**Receivable Collection Services**<br>**Attn: President**<br>**170 Jericho Tpke, Suite 204**<br>**Floral Park, NY 11001** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | |

---

| Name and Address<br>**Solomon & Solomon, P.C.**<br>**Attn: Member**<br>**5 Columbia Circle**<br>**P.O. Box 15019**<br>**Albany, NY 12203** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | |

---

| Name and Address<br>**The Leviton Law Firm LTD**<br>**Attn: Partner**<br>**3 Golf Center, Suite 361**<br>**Hoffman Estates, IL 60169** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | **3343** |

---

| Name and Address<br>**The Receivable Management**<br>**Services, LLC**<br>**Attn: President**<br>**Po Box 19646**<br>**Minneapolis, MN 55419** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.30** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | **6005** |

---

| Name and Address<br>**Transworld Systems, Inc.**<br>**Attn: Manager**<br>**500 Virginia Drive, Suite 514**<br>**Fort Washington, PA 19034** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | **2657** |

---

| Name and Address<br>**Your Collection Solution, Inc.**<br>**Attn: President**<br>**1755 North University Drive**<br>**Hollywood, FL 33024** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of *(Check one):* | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| | Last 4 digits of account number | **9428** |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 10,253.32 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 10,253.32 |

|  | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims** | 6f. | **Student loans** | 6f. | $ | 0.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Jeffrey C. Schwartzman** | Case number (if known) | |
|---|---|---|---|

| from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|---|---|---|---|---|---|
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,463,053.12 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,463,053.12 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Connecticut Airport Authority (CAA)**<br>**Attn: President**<br>**334 Ella Grasso Turnpike, Suite 160**<br>**Windsor Locks, CT 06096** | **Lease-BDL Airport** |
| 2.2  **First Data Global Leasing**<br>**Attn: President**<br>**Po Box 173845**<br>**Denver, CO 80217** | **Lease #052-1453170-000** |
| 2.3  **First Data Global Leasing**<br>**Attn: President**<br>**Po Box 173845**<br>**Denver, CO 80217** | **Lease #052-1468988-000** |
| 2.4  **First Data Global Leasing**<br>**Attn: President**<br>**Po Box 173845**<br>**Denver, CO 80217** | **Lease #052-1468987-000** |
| 2.5  **First Data Global Leasing**<br>**Attn: President**<br>**Po Box 173845**<br>**Denver, CO 80217** | **Lease #052-1277640-000** |
| 2.6  **First Data Global Leasing**<br>**Attn: President**<br>**Po Box 173845**<br>**Denver, CO 80217** | **Lease #052-1277918-000** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                            Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.7 **General Growth Properties/Brookfield**<br>**Attn: President** | **Lease $22,303.49** |
| 2.8 **Infinity Financial Services**<br>**Attn: President**<br>**Po Box 660360**<br>**Dallas, TX 75266-0360** | **2017 Infiniti QX60 #29009988157 (Payoff amount through**<br>**4/30/19 $37,148.38)**<br>**Voluntary Surrendered in August 2019.** |
| 2.9 **Mazda American Credit**<br>**Attn: President**<br>**PO Box 55000**<br>**Detroit, MI 48255-1939** | **2019 Mazda CX5** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name_____Middle Name_____Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name_____Middle Name_____Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.1 | **David Zack** **29 Circle Drive** **Rumson, NJ 07760** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.75__ ☐ Schedule G _____ **Wells Fargo Home Mortgage** |
| 3.2 | **Ronald Bromberg** **417 Beechwood Place** **Westfield, NJ 07090** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.27__ ☐ Schedule G _____ **GGP-Providence Place, LLC** |
| 3.3 | **Ronald Bromberg** **417 Beechwood Place** **Westfield, NJ 07090** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.28__ ☐ Schedule G _____ **GGP-Staten Island Mall, LLC** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Jeffrey C. Schwartzman**

Case number *(if known)*

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.4 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.53**<br>☐ Schedule G _____<br>**Richard Millwater** |
| 3.5 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.54**<br>☐ Schedule G _____<br>**Richard Millwater** |
| 3.6 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.20**<br>☐ Schedule G _____<br>**David Zack** |
| 3.7 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.59**<br>☐ Schedule G _____<br>**The Hartford Financial Services Group** |
| 3.8 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.52**<br>☐ Schedule G _____<br>**Rhode Island Registered Agent.Com** |
| 3.9 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.34**<br>☐ Schedule G _____<br>**Griggs & Browne Pest Control** |
| 3.10 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.33**<br>☐ Schedule G _____<br>**Granite Communications** |
| 3.11 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.61**<br>☐ Schedule G _____<br>**The Hitchcock Group, LLC** |

Debtor 1  **Jeffrey C. Schwartzman**

Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.12  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**First Data Merchant Services** |
| 3.13  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**First Data Merchant Services** |
| 3.14  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**New York Registered Agent.Com** |
| 3.15  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**New York State Insurance Fund** |
| 3.16  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.17  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**The Hartford Financial Services Group** |
| 3.18  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Pronto Printers** |
| 3.19  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**Lakeside Electric** |

| Debtor 1 | **Jeffrey C. Schwartzman** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.20 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.22**
☐ Schedule G _____
**First Data Global Leasing**

---

3.21 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.46**
☐ Schedule G _____
**National Grid**

---

3.22 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.14**
☐ Schedule G _____
**Columbia Gas of Massachuessetts**

---

3.23 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.55**
☐ Schedule G _____
**Rome McGuigan, P.C.**

---

3.24 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.63**
☐ Schedule G _____
**TriMark United East**

---

3.25 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **2.6**
☐ Schedule G _____
**State of Connecticut**

---

3.26 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.15**
☐ Schedule G _____
**Connecticut Airport Authority (CAA)**

---

3.27 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line **4.50**
☐ Schedule G _____
**On Deck**

---

Debtor 1   **Jeffrey C. Schwartzman** _____   Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.28   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.44**
☐ Schedule G   _____
**Maryland Plastics Inc.**

---

3.29   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.16**
☐ Schedule G   _____
**Connecticut Airport Authority (CAA)**

---

3.30   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.13**
☐ Schedule G   _____
**CNA Insurance**

---

3.31   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.17**
☐ Schedule G   _____
**Cox Communications**

---

3.32   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.45**
☐ Schedule G   _____
**Milestone Payroll Company**

---

3.33   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.38**
☐ Schedule G   _____
**J.H. LaPierre, Jr. & Son, LLC**

---

3.34   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.40**
☐ Schedule G   _____
**Kurtis Lavoie**

---

3.35   **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.19**
☐ Schedule G   _____
**Cube Smart**

---

Debtor 1  **Jeffrey C. Schwartzman**

Case number *(if known)*

| | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.36  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.32**
☐ Schedule G _____
**Google LLC**

3.37  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.62**
☐ Schedule G _____
**The Nutty Bavarian**

3.38  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.39**
☐ Schedule G _____
**Kabbage**

3.39  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.64**
☐ Schedule G _____
**Verizon**

3.40  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.2**
☐ Schedule G _____
**Eighth Utilities District**

3.41  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.9**
☐ Schedule G _____
**Cantor Colburn, LLP**

3.42  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **2.7**
☐ Schedule G _____
**State of Connecticut**

3.43  **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.21**
☐ Schedule G _____
**Eversource**

Debtor 1   **Jeffrey C. Schwartzman**            Case number *(if known)*

| | |
|---|---|
| ▇ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.44   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.9**_____
☐ Schedule G _____
**Town of Manchester**

3.45   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.11**_____
☐ Schedule G _____
**Town of Windsor Locks**

3.46   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.57**_____
☐ Schedule G _____
**Standard Parking/Admin. Parking Building**

3.47   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.35**_____
☐ Schedule G _____
**Guardian Self Storage**

3.48   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.31**_____
☐ Schedule G _____
**Goodhire**

3.49   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.12**_____
☐ Schedule G _____
**Citizens Bank**

3.50   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.25**_____
☐ Schedule G _____
**First Data Merchant Services**

3.51   **Ronald Bromberg**
      **417 Beechwood Place**
      **Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.4**_____
☐ Schedule G _____
**Altus GTS Inc.**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor 1   **Jeffrey C. Schwartzman**                          Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.67___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.53  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.68___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.54  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.55  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.56  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.57  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.58  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.59  **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**Webster Bank** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1 **Jeffrey C. Schwartzman**  Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.60 **Ronald Bromberg**
**417 Beechwood Place**
**Westfield, NJ 07090**

☐ Schedule D, line _____
■ Schedule E/F, line __4.26__
☐ Schedule G _____
**GGP-Buckland Hills Mall, LLC**

3.61 **Sweet U - I95 LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**Rome McGuigan, P.C.**

3.62 **Sweet U - I95 LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**TriMark United East**

3.63 **Sweet U - I95 LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __2.6__
☐ Schedule G _____
**State of Connecticut**

3.64 **Sweet U - I95 LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
**Webster Bank**

3.65 **Sweet U BDL LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.50__
☐ Schedule G _____
**On Deck**

3.66 **Sweet U BDL LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**Connecticut Airport Authority (CAA)**

3.67 **Sweet U BDL LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Webster Bank**

Debtor 1   **Jeffrey C. Schwartzman** _____          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.44**__<br>☐ Schedule G _____<br>**Maryland Plastics Inc.** |
| 3.69   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.16**__<br>☐ Schedule G _____<br>**Connecticut Airport Authority (CAA)** |
| 3.70   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.13**__<br>☐ Schedule G _____<br>**CNA Insurance** |
| 3.71   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Cox Communications** |
| 3.72   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**Milestone Payroll Company** |
| 3.73   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.38**__<br>☐ Schedule G _____<br>**J.H. LaPierre, Jr. & Son, LLC** |
| 3.74   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.40**__<br>☐ Schedule G _____<br>**Kurtis Lavoie** |
| 3.75   **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.19**__<br>☐ Schedule G _____<br>**Cube Smart** |

Debtor 1   **Jeffrey C. Schwartzman**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.32__
☐ Schedule G _____
**Google LLC**

---

3.77   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.62__
☐ Schedule G _____
**The Nutty Bavarian**

---

3.78   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.39__
☐ Schedule G _____
**Kabbage**

---

3.79   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __2.11__
☐ Schedule G _____
**Town of Windsor Locks**

---

3.80   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.57__
☐ Schedule G _____
**Standard Parking/Admin. Parking Building**

---

3.81   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __2.1__
☐ Schedule G _____
**Department of Revenue Services**

---

3.82   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.29__
☐ Schedule G _____
**GMAC**

---

3.83   **Sweet U BDL LLC**
       **24 Mill Pond Road, Unit #16**
       **Granby, CT 06035**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.8__
☐ Schedule G _____
**Axis Communications, Inc.**

---

Debtor 1   **Jeffrey C. Schwartzman**                              Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** |
| --- | --- |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- |
| 3.84     **Sweet U BDL LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.67**__<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.85     **Sweet U BDL LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.4**__<br>☐ Schedule G _____<br>**Massachusetts Department of Revenue** |
| 3.86     **Sweet U BDL LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.74**__<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.87     **Sweet U Buckland Hills LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.4**__<br>☐ Schedule G _____<br>**Altus GTS Inc.** |
| 3.88     **Sweet U Buckland Hills LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.62**__<br>☐ Schedule G _____<br>**The Nutty Bavarian** |
| 3.89     **Sweet U Buckland Hills LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.64**__<br>☐ Schedule G _____<br>**Verizon** |
| 3.90     **Sweet U Buckland Hills LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.2**__<br>☐ Schedule G _____<br>**Eighth Utilities District** |
| 3.91     **Sweet U Buckland Hills LLC**<br>        **24 Mill Pond Road, Unit #16**<br>        **Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.9**__<br>☐ Schedule G _____<br>**Cantor Colburn, LLP** |

Debtor 1  **Jeffrey C. Schwartzman**                              Case number *(if known)*

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.92  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __2.7__
☐ Schedule G _____
**State of Connecticut**

3.93  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.21__
☐ Schedule G _____
**Eversource**

3.94  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __2.9__
☐ Schedule G _____
**Town of Manchester**

3.95  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**Department of Revenue Services**

3.96  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __2.6__
☐ Schedule G _____
**State of Connecticut**

3.97  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**Webster Bank**

3.98  **Sweet U Buckland Hills LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**Webster Bank**

3.99  **Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.27__
☐ Schedule G _____
**GGP-Providence Place, LLC**

Debtor 1   **Jeffrey C. Schwartzman**

Case number *(if known)*

|  | **Additional Page to List More Codebtors** |  |
|---|---|---|
|  | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10 0
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.59__
☐ Schedule G _____
**The Hartford Financial Services Group**

3.10 1
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.52__
☐ Schedule G _____
**Rhode Island Registered Agent.Com**

3.10 2
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Griggs & Browne Pest Control**

3.10 3
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.33__
☐ Schedule G _____
**Granite Communications**

3.10 4
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**The Hitchcock Group, LLC**

3.10 5
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**The Nutty Bavarian**

3.10 6
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**Goodhire**

3.10 7
**Sweet U Providence Place LLC**
**24 Mill Pond Road, Unit #16**
**Granby, CT 06035**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Citizens Bank**

Debtor 1   **Jeffrey C. Schwartzman** _____   Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.10<br>8 | **Sweet U Providence Place LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.69**__<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.10<br>9 | **Sweet U Providence, LLC**<br>**114 Oxford Drive**<br>**South Windsor, CT 06074** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.25**__<br>☐ Schedule G _____<br>**First Data Merchant Services** |
| 3.11<br>0 | **Sweet U Simon LLC (Wrentham Village)**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.46**__<br>☐ Schedule G _____<br>**National Grid** |
| 3.11<br>1 | **Sweet U Simon LLC (Wrentham Village)**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Columbia Gas of Massachuessetts** |
| 3.11<br>2 | **Sweet U Simon LLC (Wrentham Village)**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.35**__<br>☐ Schedule G _____<br>**Guardian Self Storage** |
| 3.11<br>3 | **Sweet U Simon LLC (Wrentham Village)**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.73**__<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.11<br>4 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**2.5**__<br>☐ Schedule G _____<br>**New York State Department of** |
| 3.11<br>5 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.28**__<br>☐ Schedule G _____<br>**GGP-Staten Island Mall, LLC** |

Debtor 1   **Jeffrey C. Schwartzman**                           Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.11<br>6 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**First Data Merchant Services** |
| 3.11<br>7 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.24**___<br>☐ Schedule G _____<br>**First Data Merchant Services** |
| 3.11<br>8 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.47**___<br>☐ Schedule G _____<br>**New York Registered Agent.Com** |
| 3.11<br>9 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.48**___<br>☐ Schedule G _____<br>**New York State Insurance Fund** |
| 3.12<br>0 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.65**___<br>☐ Schedule G _____<br>**Webster Bank** |
| 3.12<br>1 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.62**___<br>☐ Schedule G _____<br>**The Nutty Bavarian** |
| 3.12<br>2 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.26**___<br>☐ Schedule G _____<br>**GGP-Buckland Hills Mall, LLC** |
| 3.12<br>3 | **Sweet U Staten Island LLC**<br>**c/o Jeffrey Schwartzman**<br>**24 Mill Pond Road, Unit 16**<br>**Granby, CT** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.36**___<br>☐ Schedule G _____<br>**Hartford Financial Services** |

Debtor 1  **Jeffrey C. Schwartzman**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

**3.12 4**  **Sweet U Taubman LLC**<br>24 Mill Pond Road, Unit #16<br>Granby, CT 06035

☐ Schedule D, line _____<br>■ Schedule E/F, line **4.60**<br>☐ Schedule G<br>**The Hartford Financial Services Group**

---

**3.12 5**  **Sweet U Taubman LLC**<br>24 Mill Pond Road, Unit #16<br>Granby, CT 06035

☐ Schedule D, line _____<br>■ Schedule E/F, line **4.51**<br>☐ Schedule G<br>**Pronto Printers**

---

**3.12 6**  **Sweet U Taubman LLC**<br>24 Mill Pond Road, Unit #16<br>Granby, CT 06035

☐ Schedule D, line _____<br>■ Schedule E/F, line **4.41**<br>☐ Schedule G<br>**Lakeside Electric**

---

**3.12 7**  **Sweet U Taubman LLC**<br>24 Mill Pond Road, Unit #16<br>Granby, CT 06035

☐ Schedule D, line _____<br>■ Schedule E/F, line **4.22**<br>☐ Schedule G<br>**First Data Global Leasing**

---

**3.12 8**  **Sweet U Taubman LLC**<br>24 Mill Pond Road, Unit #16<br>Granby, CT 06035

☐ Schedule D, line _____<br>■ Schedule E/F, line **2.1**<br>☐ Schedule G<br>**Department of Revenue Services**

---

**3.12 9**  **Sweet U Taubman LLC**<br>24 Mill Pond Road, Unit #16<br>Granby, CT 06035

☐ Schedule D, line _____<br>■ Schedule E/F, line **4.72**<br>☐ Schedule G<br>**Webster Bank**

---

**3.13 0**  **Ronald Bromberg**<br>417 Beechwood Place<br>Westfield, NJ 07090

☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.2**<br>**First Data**

---

**3.13 1**  **Ronald Bromberg**<br>417 Beechwood Place<br>Westfield, NJ 07090

☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G **2.3**<br>**First Data Global Leasing**

---

Debtor 1   **Jeffrey C. Schwartzman**                                Case number *(if known)*

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.13<br>2 | **Ronald Bromberg**<br>**417 Beechwood Place**<br>**Westfield, NJ 07090** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.4**____<br>**First Data Global Leasing** |
| 3.13<br>3 | **Sharon Schwartzman**<br>**718 Arbor View**<br>**Pompton Plains, NJ 07444-1531** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.9**____<br>**Mazda American Credit** |
| 3.13<br>4 | **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.5**____<br>**First Data Global Leasing** |
| 3.13<br>5 | **Sweet U BDL LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.6**____<br>**First Data Global Leasing** |
| 3.13<br>6 | **Sweet U Providence Place LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.8**____<br>**Infinity Financial Services** |
| 3.13<br>7 | **Sweet U Providence Place LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.2**____<br>**First Data Global Leasing** |
| 3.13<br>8 | **Sweet U Staten Island LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.3**____<br>**First Data Global Leasing** |
| 3.13<br>9 | **Sweet U Taubman LLC**<br>**24 Mill Pond Road, Unit #16**<br>**Granby, CT 06035** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ____**2.4**____<br>**First Data Global Leasing** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | **Occupation** | **Reginal Territory Manager** | |
| | **Employer's name** | **AAA** | |
| | **Employer's address** | **Farmington Avenue<br>West Hartford, CT** | |
| | **How long employed there?** | **2 weeks** | |

### Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $                 0.00 | $                 N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$                 0.00 | +$                 N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $                 0.00 | $                 N/A |

Debtor 1  **Jeffrey C. Schwartzman**

Case number (*if known*)

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ N/A |
| **5.** **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |
| **6.** **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ N/A |
| **7.** **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ N/A |

**8.** **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ N/A |
| 8e. **Social Security** | 8e. | $ 0.00 | $ N/A |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ N/A |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ N/A |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **9.** **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ N/A |

**10.** **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

10. | $ 0.00 | + $ N/A | = $ 0.00

**11.** **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:

11. +$ 0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

12. $ 0.00

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

■ Yes. Explain: **Debtor's Job Separation commenced on 4/26/19. Will receive 6 weeks of severance pay for a total of $14,423.04 minus taxes and applicable withholdings.**

Fill in this information to identify your case:

Debtor 1          **Jeffrey C. Schwartzman**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number
(If known)

Check if this is:

☐  An amended filing
☐  A supplement showing postpetition chapter
   13 expenses as of the following date:

   _____
   MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and      ☐ Yes.  Fill out this information for
    Debtor 2.                               each dependent..............

    Do not state the
    dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include**      ■ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

| | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage
    payments and any rent for the ground or lot.                                          4.  $          **1,662.00**

    **If not included in line 4:**

    4a.   Real estate taxes                                                        4a.  $              **0.00**
    4b.   Property, homeowner's, or renter's insurance                             4b.  $              **6.42**
    4c.   Home maintenance, repair, and upkeep expenses                            4c.  $              **0.00**
    4d.   Homeowner's association or condominium dues                              4d.  $              **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans       5.  $              **0.00**

Debtor 1   **Jeffrey C. Schwartzman**                                         Case number (if known)

| | | |
|---|---|---|
| 6. | **Utilities:** | |
| | 6a.   Electricity, heat, natural gas | 6a. $ **160.00** |
| | 6b.   Water, sewer, garbage collection | 6b. $ **30.00** |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ **500.00** |
| | 6d.   Other. Specify: | 6d. $ **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ **750.00** |
| 8. | **Childcare and children's education costs** | 8. $ **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ **125.00** |
| 10. | **Personal care products and services** | 10. $ **0.00** |
| 11. | **Medical and dental expenses** | 11. $ **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | |
| | Do not include car payments. | 12. $ **200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ **0.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ **0.00** |
| 15. | **Insurance.** | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.   Life insurance | 15a. $ **17.71** |
| | 15b.   Health insurance | 15b. $ **0.00** |
| | 15c.   Vehicle insurance | 15c. $ **154.99** |
| | 15d.   Other insurance. Specify: | 15d. $ **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | |
| | Specify:  **Personal Property Taxes** | 16. $ **92.78** |
| 17. | **Installment or lease payments:** | |
| | 17a.   Car payments for Vehicle 1 | 17a. $ **455.00** |
| | 17b.   Car payments for Vehicle 2 | 17b. $ **676.12** |
| | 17c.   Other. Specify: | 17c. $ **0.00** |
| | 17d.   Other. Specify: | 17d. $ **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ **1,083.33** |
| 19. | **Other payments you make to support others who do not live with you.** | $ **0.00** |
| | Specify: | 19. |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | |
| | 20a.   Mortgages on other property | 20a. $ **0.00** |
| | 20b.   Real estate taxes | 20b. $ **0.00** |
| | 20c.   Property, homeowner's, or renter's insurance | 20c. $ **0.00** |
| | 20d.   Maintenance, repair, and upkeep expenses | 20d. $ **0.00** |
| | 20e.   Homeowner's association or condominium dues | 20e. $ **0.00** |
| 21. | **Other:** Specify: | 21. +$ **0.00** |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ **5,963.35** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ **5,963.35** |
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ **0.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ **5,963.35** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ **-5,963.35** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
     For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: **$250/Week Child Support=$1,083.33/Month**
**Alimony ended July 2019/$3,000 lump sum in July 2019.**
**Debtor is surrendering the Chevy Suburban=$676.12/Month**

**Fill in this information to identify your case:**

Debtor 1    **Jeffrey C. Schwartzman**
             First Name                Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name       Middle Name              Last Name

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Jeffrey C. Schwartzman**                        X _____
   **Jeffrey C. Schwartzman**                               Signature of Debtor 2
   Signature of Debtor 1

Date  **December 11, 2019**                              Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case
number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☐ Married
■ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
■ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **9 Rockwell Court**<br>**South Windsor, CT 06074** | From-To:<br>**2014-1/2017** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |
| **114 Oxford Drive**<br>**South Windsor, CT 06074** | From-To:<br>**1/2017 - 12/2018** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1<br>From-To: |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property
states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                    Case number *(if known)*

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $52,136.02 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year: (January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $75,457.31 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $78,037.43 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that: (January 1 to December 31, 2017 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-165,686.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-68,099.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-95,230.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-39,107.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-12,569.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
|  | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $-90,852.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

|  | **Debtor 1** | **Debtor 2** |
|---|---|---|

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number *(if known)*

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | **Unemployment Compensation** | **$12,209.00** | | |
| | **Bose 401k** | **$2,100.00** | | |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

■ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number (*if known*)

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **GGP-Providence Place, LLC vs. Bromberg and Jeffrey Schwartzman**<br>**PC-2019-0098** | **Collection** | **Superior Court**<br>**Licht Judicial Complex**<br>**Providence/Bristol County**<br>**250 Benefit Street**<br>**Providence, RI 02903** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Schwartzman, Jennifer, M. v. Schwartzman, Jeffrey, C.**<br>**HHD-FA14-4075446-S** | **Dissolution of Marriage** | **Hartford Superior Court**<br>**95 Washington Street**<br>**Hartford, CT 06106** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**1/29/2016 Judgment of Dissolution** |
| **GGP-Providence Place, LLC v. Sweet U Providence Place, LLC**<br>**6CA-2018-12953** | **Rental Lease** | **Superior Court**<br>**Licht Judicial Complex**<br>**Providence/Bristol County**<br>**250 Benefit Street**<br>**Providence, RI 02903** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Trimark United East, LLC v. Sweet U - I95**<br>**HHD-CV18-5054890-S** | **Collections** | **Hartford Superior Court**<br>**95 Washington Street**<br>**Hartford, CT 06106** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**2/8/2019 Judgment of Dismissal** |
| **Guardian Self-Storage v. Jeffrey Schwartzman**<br>**1957SC000400** | **Small Claims/Storage Fees and Costs** | **Wrentham District Court**<br>**60 East Street**<br>**Wrentham, MA 02093** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment-small claims** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **GM Financial Leasing**<br>**Attn: President**<br>**Po Box 75143**<br>**Phoenix, AZ 85062** | **Chevrolet Suburban leased by Sweet U BDL LLC**<br><br>■ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **5-20-19** | **Unknown** |

---

Debtor 1    **Jeffrey C. Schwartzman**                                                           Case number *(if known)*

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per Person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Hartspin Fountation**<br>**West Springfield, MA 01089** | **used personal property** | **2018** | **$1,500.00** |

Person's relationship to you: **none**

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that  total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6:    List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1   **Jeffrey C. Schwartzman**                                                   Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Grafstein & Arcaro, LLC**<br>**114 West Main Street, Suite 105**<br>**New Britain, CT 06051**<br>**Ivor & Sharon Schwartzman** | | **1/25/2019** | **$2,500.00** |
| **Grafstein & Arcaro, LLC**<br>**114 West Main Street, Suite 105**<br>**New Britain, CT 06051** | | **8-29-2019** | **$2,500.00** |
| **Grafstein & Arcaro, LLC**<br>**114 West Main Street, Suite 105**<br>**New Britain, CT 06051** | | **7/18/2019** | **$2,500.00** |

17.  Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.  Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Marano & Sons Auto Sales, Inc.**<br>**150 South Avenue**<br>**Garwood, NJ 07027**<br><br>**None** | **Transfer to Lislie Zack in of 2014 Ford Mustang 1ZVBP8EM6E5224802** | **Payment of outstanding car loan with Ally Financial 628926836072** | **2-6-2019** |
| **David Zack**<br>**Rumson, NJ**<br><br>**Girlfriend's father** | **Quit Claim Deed-recorded on April 3, 2019, volume 2697 page 139 of South Windsor Land Records** | **114 Oxford Drive**<br>**South Windsor, CT 06074** | **4/3/2019** |
| **Infinity Financial Services**<br>**Attn: President**<br>**Po Box 660360**<br>**Dallas, TX 75266-0360** | **2017 Infiniti QX60 #29009988157** | **Voluntary Surrendered** | **December 2019** |
| **Finacier** | **2017 Chevrolet Surburban** | **Voluntary Surrendered** | **June 2019** |

Debtor 1    **Jeffrey C. Schwartzman**    Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Purchaser<br><br>None | I-95 Equipment | $8,500 used funds to pay taxes | 2019 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
   - ■ No
   - ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<span style="background-color:black;color:white">**Part 8:**</span>    **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
   - ☐ No
   - ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Webster Bank<br>Attn: President<br>Po Box 1809<br>Hartford, CT 06144-1809** | **XXXX-0208** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Business Checking - 1/4/2019** | **$-1,700.00** |
| **Citizens Bank<br>Attn: President<br>1 Citizens Drive<br>Riverside, RI 02915** | **XXXX-2657** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/23/2019** | **$-250.57** |
| **Citizens Bank<br>Attn: President<br>1 Citizens Drive<br>Riverside, RI 02915** | **XXXX-5351** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **10/12/2018** | **$0.00** |
| **Webster Bank<br>Attn: President<br>145 Bank Street<br>Waterbury, CT 06702** | **XXXX-9633** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2/1/2019** | **$-1,702.14** |
| **Webster Bank<br>Attn: President<br>145 Bank Street<br>Waterbury, CT 06702** | **XXXX-3215** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **4/16/2019** | **$-244.69** |

Debtor 1   **Jeffrey C. Schwartzman**

Case number *(if known)*

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Webster Bank**<br>**Attn: President**<br>**145 Bank Street**<br>**Waterbury, CT 06702** | **XXXX-6487** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/16/2018** | **$-127.00** |
| **Webster Bank**<br>**Attn: President**<br>**145 Bank Street**<br>**Waterbury, CT 06702** | **XXXX-2770** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/15/2019** | **$-1,838.98** |
| **Webster Bank**<br>**Attn: President**<br>**145 Bank Street**<br>**Waterbury, CT 06702** | **XXXX-7793** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **8/21/2018** | **$-532.19** |
| **Webster Bank**<br>**Attn: President**<br>**145 Bank Street**<br>**Waterbury, CT 06702** | **XXXX-7867** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **10/1/2018** | **$-552.27** |
| **Webster Bank**<br>**Attn: President**<br>**145 Bank Street**<br>**Waterbury, CT 06702** | **XXXX-0198** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **8/14/2018** | **$957.11** |
| **Webster Bank**<br>**Attn: President**<br>**145 Bank Street**<br>**Waterbury, CT 06702** | **XXXX-3206** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **3/26/2019** | **$-862.69** |
| **Santander**<br>**Attn: President**<br>**PO Box 12646**<br>**Reading, PA 19612-2646** | **XXXX-6568** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2/2019** | **$42.93** |
| **Bose** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other__ **401k** | **11/20/19** | **$2,100.00** |

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Cubesmart**<br>**282 Chapel Road**<br>**South Windsor, CT 06074** | | | ■ **No**<br>☐ **Yes** |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
■ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Mazda American Credit**<br>**Attn: President**<br>**PO Box 55000**<br>**Detroit, MI 48255-1939** | **114 Oxford Drive**<br>**South Windsor, CT 06074** | **2019 Mazda CX5** | **Unknown** |

**Part 10:**    Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**                                    Case number (*if known*)

---

25. **Have you notified any governmental unit of any release of hazardous material?**

    ☒ No
    ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☒ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>**Name**<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies.  Go to Part 12.

    ☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>**Address**<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | | |
|---|---|---|---|---|
| **Sweet U Staten Island LLC** | **Retail Sales**<br><br>**Timothy McCarthy, CPA** | EIN:<br><br>From-To | 82-2529173<br><br>8-18-2017 to 2018 | |
| **Sweet U Providence Place LLC** | **Retail Sales**<br><br>**Timothy McCarthy, CPA** | EIN:<br><br>From-To | 81-5006513<br><br>1-18-2017 to 2018 | |
| **SweetU I-95 LLC** | **Retail Sales**<br><br>**Tim McCarthy, CPA** | EIN:<br><br>From-To | 5123<br><br>none | |
| **SweetU - Buckland Hills** | **Retail Sales**<br><br>**Tim McCarthy, CPA** | EIN:<br><br>From-To | 81-4517657<br><br>1-1-2017 to 2018 | |
| **Sweet U BDL, LLC** | **Sales - Retail**<br><br>**Tim McCarthy** | EIN:<br><br>From-To | 47-5028382<br><br>10-1-2015 to 2019 | |
| **Sweet U Taubman LLC** | **Sales - Retail**<br><br>**Tim McCarthy** | EIN:<br><br>From-To | 82-2223310<br><br>7-14-2017 to 2018 | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    __Jeffrey C. Schwartzman__    Case number *(if known)* _____

28.    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

<hr>

**Part 12:**    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

_/s/ Jeffrey C. Schwartzman_____    _____
**Jeffrey C. Schwartzman**                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date    __December 11, 2019_____    Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Jeffrey C. Schwartzman** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF CONNECTICUT |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>☐ Yes |
| Creditor's | ☐ Surrender the property. | ☐ No |

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 1

| Debtor 1 | **Jeffrey C. Schwartzman** | | Case number *(if known)* | |

| name: | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

---

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Connecticut Airport Authority (CAA)** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease-BDL Airport** | |
| Lessor's name: | **First Data Global Leasing** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease #052-1453170-000** | |
| Lessor's name: | **First Data Global Leasing** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease #052-1468988-000** | |
| Lessor's name: | **First Data Global Leasing** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease #052-1468987-000** | |
| Lessor's name: | **First Data Global Leasing** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease #052-1277640-000** | |
| Lessor's name: | **First Data Global Leasing** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Lease #052-1277918-000** | |
| Lessor's name: | **General Growth Properties/Brookfield** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Jeffrey C. Schwartzman**

Case number (*if known*)

■ No

☐ Yes

Description of leased
Property:    **Lease $22,303.49**

Lessor's name:    **Mazda American Credit**

☐ No

■ Yes

Description of leased
Property:    **2019 Mazda CX5**

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X    **/s/ Jeffrey C. Schwartzman**                    X _____

    **Jeffrey C. Schwartzman**                            Signature of Debtor 2
    Signature of Debtor 1

Date    **December 11, 2019**                        Date _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid gray;">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re  **Jeffrey C. Schwartzman**

Debtor(s)

Case No. _____

Chapter  **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,165.00 |
| Prior to the filing of this statement I have received | $ | 7,165.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☐ Debtor   ■ Other (specify):   **Ivor and Sharon Schwartzman $2,500.00**

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 11, 2019**

*Date*

**/s/ Joel M. Grafstein**
**Joel M. Grafstein ct06191**
*Signature of Attorney*
**Grafstein & Arcaro, LLC**
**114 West Main Street**
**Suite 105**
**New Britain, CT 06051**
**(860) 674-8003   Fax: (860) 676-9168**
*Name of law firm*

---

# United States Bankruptcy Court
## District of Connecticut

In re  __Jeffrey C. Schwartzman__                         Case No.

                                          Debtor(s)       Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  __December 11, 2019__                **/s/ Jeffrey C. Schwartzman**

                                             **Jeffrey C. Schwartzman**
                                             Signature of Debtor

Aetna Pharmacy Management
P.O. Box 741940
Atlanta, GA 30374

Ally Financial
Attn: President
PO Box 380901
Minneapolis, MN 55438-0901

Ally Financial
Attn: President
200 Renaissance Center
Detroit, MI 48243

Altus GTS Inc.
Attn: President
2400 Veterans Memorial Blvd, Ste 300
Kenner, LA 70062

American Express
Attn: President
PO Box 1270
Newark, NJ 07101-1270

Anne Zack
29 Circle Drive
Rumson, NJ 07760

Anthem Blue Cross and Blue Shield
Attn: President
108 Leigus Road
Wallingford, CT 06492

Attorney Richard Healy
One State Street
Hartford, CT 06103

Aubrey Law Firm
Attn: Henry Veasley III
12 Powder Springs St., Suite 240
Marietta, GA 30064

Audit Systems Inc.
Attn: President
3696 Ulmerton Road, Suite 200
Clearwater, FL 33762

Axis Communications, Inc.
Attn: Member
300 Apollo Drive
Chelmsford, MA 01824


Brown & Joseph, LLC
Attn: Partner
Po Box 59838
Schaumburg, IL 60159-0838


Cantor Colburn LLP
Attn: President
20 Church Street
Hartford, CT 06103


Cantor Colburn, LLP
Attn: Member
20 Church Street, 22nd Floor
Hartford, CT 06103-3207


Chase
Attn: President
PO Box 15298
Wilmington, DE 19850-5298


Citi
Attn: President
PO Box 6190
Sioux Falls, SD 57117


Citizens Bank
Attn: President
Po Box 42002
Providence, RI 02940


CNA Insurance
Attn: President
Po Box 790094
Saint Louis, MO 63179-0094


Columbia Gas of Massachuessetts
Attn: President
Po Box 742514
Cincinnati, OH 45274-2514

Connecticut Airport Authority (CAA)
Attn: President
334 Ella Grasso Turnpike, Suite 160
Windsor Locks, CT 06096


Constar Financial Services, LLC
Attn: Member
10400 N. 25th Avenue, Suite 100
Phoenix, AZ 85021


Cox Communications
Attn: President
Po Box 9001085
Louisville, KY 40290-1085


Credit Collection Services
Attn: Manager
725 Canton Street
Norwood, MA 02062


Credit Protection Association, LP
Attn: President
Po Box 802068
Dallas, TX 75380-2068


Cube Smart
Attn: President
23 South Main Street
East Windsor, CT 06088


David Zack
29 Circle Drive
Rumson, NJ 07760


Department of Revenue Services
State of Connecticut
Twenty Five Sigourney Street
P.O. Box 5088
Hartford, CT 06106


Eckert Seamans Cherin & Mellott, LLC
Christian B.W. Stephens, Esq.
Two International Place, 16th Floor
Boston, MA 02110

Eighth Utilities District
Attn: Manager
18 Main Street
Manchester, CT 06042


Eversource
Attn: President
Po Box 650032
Dallas, TX 75265-0032


First Data Global Leasing
Attn: President
Po Box 173845
Denver, CO 80217


First Data Merchant Services
Attn: President
4000 Coral Ridge Drive, C-230
Coral Springs, FL 33065


First Data Merchant Services
Attn: President
Po Box 17548
Denver, CO 80217-7548


General Growth Properties/Brookfield
Attn: President


Genpact, LLC
Attn: President
Po Box 727
Wilkes Barre, PA 18703


GGP-Buckland Hills Mall, LLC
Attn: Managing Member
110 N. Wacker Drive
Chicago, IL 60606


GGP-Providence Place, LLC
Attn: Member
350 N. Wacker Drive
Chicago, IL 60654-1607

GGP-Staten Island Mall, LLC
Attn: Managing Member
110 N. Wacker Drive
Chicago, IL 60606


GMAC
P.O. Box 78234
Phoenix, AZ 85062-8234


Golden Rule/United Healthcare
Attn: President
Po Box 740209
Cincinnati, OH 45274-0209


Goodhire
Infection Risk Solutions, LLC
Attn: President
555 Twin Dolphin Drive, #200
Redwood City, CA 94065


Google LLC
Attn: President
1600 Amphitheatre Parkway
Mountain View, CA 94043


Granite Communications
Attn: President
100 Newport Avenue Extension
Quincy, MA 02171


Griggs & Browne Pest Control
Attn: Manager
175 Niantic Avenue
Providence, RI 02907


Guardian Self Storage
Attn: Manager
106 Washington Street
Foxboro, MA 02035


Hartford Financial Services
c/o Brown & Joseph, LLC
One Pierce Place, Suite 700W
Itasca, IL 60143

Hartford HealthCare
Attn: President
PO Box 419032
Boston, MA 02241-9032


Hunter Warfield
Attn: President
4620 Woodland Corporate Blvd.
Tampa, FL 33614


Infinity Financial Services
Attn: President
Po Box 660360
Dallas, TX 75266-0360


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J.H. LaPierre, Jr. & Son, LLC
Attn: Member
6 Arlington Road
Windsor Locks, CT 06096


Kabbage
Attn: President
Po Box 77081
Atlanta, GA 30357


Kurtis Lavoie
92 Simms Road
Berlin, CT 06037


Lakeside Electric
Attn: Manager
123 Secret Lake Road
Avon, CT 06001


Law Office of Keith Yagaloff & Associate
Attn: Keith Yagaloff, Esq.
1343 Sullivan Avenue
South Windsor, CT 06074


Leslie Herman
114 Oxford Drive
South Windsor, CT 06074

Maryland Plastics Inc.
Attn: President
251 East Central Avenue
Federalsburg, MD 21632


Massachusetts Department of Revenue
PO Box 7010
Boston, MA 02204


Mazda American Credit
Attn: President
PO Box 55000
Detroit, MI 48255-1939


McCarthy, Burgess & Wolff
Attn: Manager
26000 Cannon Road
Bedford, OH 44146


Milestone Payroll Company


MRS BPO, LLC.
Attn: Member
1930 Olney Avenue
Cherry Hill, NJ 08003


National Grid
Attn: President
Po Box 960
Northborough, MA 01532-0960


Nationwide Credit, Inc.
Attn: President
Po Box 14581
Des Moines, IA 50306-3581


New York Registered Agent.Com
Attn: President
90 State Street, Suite 700 Office 40
Albany, NY 12207

New York State Department of
Taxation and Finance
Civil Enforcement Central Office
W.A. Harriman Campus
Albany, NY 12227

New York State Insurance Fund
Disability Insurance Benefits
Attn: President
Po Box 5239
New York, NY 10008-5239

Nissan-Infiniti LT
Attn: President
PO Box 660366
Dallas, TX 75266-0366

Northstar Location Services
Attn: President
4285 Genesee Street
Buffalo, NY 14225-1943

On Deck
Attn: President
901 N. Stuart Street, Suite 700
Arlington, VA 22203

Penn Credit
Attn: President
Po Boz 69703
Harrisburg, PA 17106-9703

Pronto Printers
Attn: Manager
2406 Berlin Turnpike
Newington, CT 06111

Receivable Collection Services
Attn: President
170 Jericho Tpke, Suite 204
Floral Park, NY 11001

Rhode Island Registered Agent.Com
Attn: President
One Richmond Square, Suite 125B
Providence, RI 02906

Richard Millwater
336 37th Street
Brooklyn, NY 11232


Rome McGuigan, P.C.
One State Street
Hartford, CT 06103


Ronald Bromberg
417 Beechwood Place
Westfield, NJ 07090


Sharon Schwartzman
718 Arbor View
Pompton Plains, NJ 07444-1531


Solomon & Solomon, P.C.
Attn: Member
5 Columbia Circle
P.O. Box 15019
Albany, NY 12203


Standard Parking/Admin. Parking Building
Attn: Manager
Bradley International Airport
Windsor Locks, CT 06096


State of Connecticut
Attn: Department of Labor
200 Folly Brook Road
Wethersfield, CT 06109


State of New York
Workers' Compensation Bureau
Attn: Commissioner
P.O. Box 5200
Binghamton, NY 13902


Sweet U - I95 LLC
24 Mill Pond Road, Unit #16
Granby, CT 06035


Sweet U BDL LLC
24 Mill Pond Road, Unit #16
Granby, CT 06035

Sweet U Buckland Hills LLC
24 Mill Pond Road, Unit #16
Granby, CT 06035


Sweet U Providence Place LLC
24 Mill Pond Road, Unit #16
Granby, CT 06035


Sweet U Providence, LLC
114 Oxford Drive
South Windsor, CT 06074


Sweet U Simon LLC (Wrentham Village)
24 Mill Pond Road, Unit #16
Granby, CT 06035


Sweet U Staten Island LLC
24 Mill Pond Road, Unit #16
Granby, CT 06035


Sweet U Staten Island LLC
c/o Jeffrey Schwartzman
24 Mill Pond Road, Unit 16
Granby, CT


Sweet U Taubman LLC
24 Mill Pond Road, Unit #16
Granby, CT 06035


Synchrony Bank/JCP
Attn: President
PO Box 965007
Orlando, FL 32896-5007


The Hartford Financial Services Group
Attn: President
Po Box 59838
Schaumburg, IL 60159-0838


The Hitchcock Group, LLC
Attn: President
600 Sylvan Avenue, Suite 206
Englewood Cliffs, NJ 07632

The Leviton Law Firm LTD
Attn: Partner
3 Golf Center, Suite 361
Hoffman Estates, IL 60169


The Nutty Bavarian
Attn: Manager
305 Hickman Drive
Sanford, FL 32771


The Receivable Management Services, LLC
Attn: President
Po Box 19646
Minneapolis, MN 55419


Town of Manchester
Collector of Revenue
41 Center Street
Po Box 191
Manchester, CT 06045-0191


Town of South Windsor
Attn: Tax Collector
1540 Sullivan Avenue
South Windsor, CT 06074


Town of Windsor Locks
Tax Collector
50 Church Street
Windsor Locks, CT 06096


Transworld Systems, Inc.
Attn: Manager
500 Virginia Drive, Suite 514
Fort Washington, PA 19034


TriMark United East
Attn: President
505 Collins Street
Attleboro, MA 02703


Verizon
Attn: Manager
Po Box 25505
Lehigh Valley, PA 18002-5505

Webster Bank
Attn: President
436 Slater Road
New Britain, CT 06053


Webster Bank
Attn: President
145 Bank Street
Waterbury, CT 06702


Wells Fargo Home Mortgage
Attn: President
PO Box 10335
Des Moines, IA 50306-0335


Your Collection Solution, Inc.
Attn: President
1755 North University Drive
Hollywood, FL 33024