UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| JEFFREY C. SCHWARTZMAN | : CASE NO. 19-22088 (JJT) |
| | : |
| Debtor | : |
| | : |

**APPLICATION**
**FOR AUTHORITY TO EMPLOY AND APPOINT COUNSEL**

To The Honorable James J. Tancredi, United States Bankruptcy Judge:

The petition of John J. O'Neil, Jr., respectfully represents:

1. That on or about the 11th day of December, 2019, your petitioner was appointed Trustee for the Estate of the above named Debtor qualified under bond and now acting.

2. Your petitioner wishes to employ Attorney Jeffrey Hellman, an attorney duly qualified to act in such matters. The said Attorney Hellman represents no interest adverse to the Debtor or the Estate on the matters upon which he is to be engaged.

3. It is necessary that your applicant appoint counsel in order to recover pursuant to 11 U.S.C. Section 548 the value of a transfer by the debtor of an interest in certain real property located in South Windsor, Connecticut.

4. The compensation will based on a one-third contingency fee basis as limited by Connecticut General Statutes Section 52-251c, plus reasonable expenses, subject to further orders of this Court after notice and a hearing upon proper application pursuant to Sections 330 and 331.

5. Attorney Hellman represents no interest adverse to the Trustee or the estate in the matters upon which he is to be engaged for your petitioner and his employment would be in the best interest of this estate.

Dated at Hartford, Connecticut on May 12, 2020.

/s/ John J. O'Neil, Jr.
John J. O'Neil, Jr., Trustee
255 Main Street
Hartford, CT 06106
Telephone No. (860)527-3271