UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| JEFFREY C. SCHWARTZMAN | : CASE NO. 19-22088 (JJT) |
| | : |
| Debtor | : |

**ORDER AUTHORIZING APPOINTMENT OF ATTORNEY**

Upon the petition of Attorney John J. O'Neil, Jr., Chapter 7 Bankruptcy Trustee, seeking authorization to employ Attorney Jeffrey Hellman as counsel for the Trustee of this Estate, as set forth in the Application, and the Court being satisfied that pursuant to Title 11 United States Code, Section 327(a) that said attorney represents no interest adverse to the Trustee the Estate, the creditors or the Office of the United States Trustee in the matters upon which he is to be engaged for the Estate, and his employment is in the best interest of the Estate:

IT IS HEREBY ORDERED that pursuant to Section 327(a) the Application is APPROVED and the Trustee is authorized to retain Attorney Jeffrey Hellman in order to recover pursuant to 11 U.S.C. Section 548 the value of a transfer by the debtor of an interest in

certain real property located in South Windsor, Connecticut.

IT IS FURTHER ORDERED that payment of compensation and reimbursement of expenses incurred by Attorney Jeffrey Hellman shall be computed on a one-third (1/3) contingency fee basis as limited by Connecticut General Statutes Section 52-251c, plus reasonable expenses, subject to further orders of the Court after notice and a hearing upon proper application pursuant to Sections 330 and 331 and subject to adjustment and disgorgement.