**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| In Re: | : CHAPTER 7 |
| | : |
| JEFFREY C. SCHWARTZMAN, | : CASE NO. 19-22088 (JJT) |
| | : |
| Debtor. | : MAY 4, 2020 |
| | : |

### AFFIDAVIT OF ATTORNEY

I, Attorney Jeffrey Hellman, being duly sworn, hereby depose and say:

1. I am an attorney duly admitted to practice before all courts of the State of Connecticut.

2. Through my law firm, the Law Offices of Jeffrey Hellman, LLC, I am covered for errors and omission under Minnesota Lawyers Mutual Insurance Company by Policy No. 381868, effective through July 1, 2020, and will continue to be so throughout the term of my engagement, to the extent of $3,000,000 per claim, $5,000,000 in the aggregate.

3. I maintain offices for the practice of law at 195 Church Street, 10th Floor, New Haven, Connecticut 06510.

4. I do not represent any interest adverse to the Debtor or to the estate with respect to the matter on which I am to be employed and do not have any connections with the Debtor, creditors, any other party in interest, her respective attorneys and accountants, the United States trustee, or any person employed in the Office of the United States Trustee.

5. Neither I, nor the Law Offices of Jeffrey Hellman, LLC, represent any interest adverse to the said Debtor or other claim against the estate. Our standard hourly rates are $425.00 per hour.

6. Neither I, nor the Law Offices of Jeffrey Hellman, LLC is aware of the existence of any sharing arrangement and/or fee splitting agreement.

7. Based on the foregoing, I believe that I, and the Law Offices of Jeffrey Hellman, LLC are persons in the meaning of §§ 101(14) and 327 of the Bankruptcy Code.

8. I have read the annexed Application and proposed Order and consent to the terms of my employment as contained therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New Haven, Connecticut on May 4, 2020.

By: _____
Jeffrey Hellman, Esq. (ct04102)
Law Offices of Jeffrey Hellman, LLC
195 Church Street, 10th Floor
New Haven, CT 06510
Tel: 203-691-8762
jeff@jeffhellmanlaw.com