**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

---

| | |
|---|---|
| IN re:<br>    Jeffrey C. Schwartzman<br>                        Debtor | Case Number: 19-22088<br>Chapter 7 |
| John O'Neil, Jr.<br>                        Plaintiff<br>v.<br>    David Zack et al.<br>                        Defendants | Adversary Proceeding<br>No: 20-02012 jjt |

**NOTICE OF APPEARANCE OF AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned is counsel for David Zack and Leslie Herman, named defendants in the above captioned adversary proceeding. Pursuant to Bankruptcy Rules 2002(g), 9007 and 9010(b), the undersigned, on behalf of David Zack and Leslie Herman, demands that all notices given or required to be given in this case, and all documents served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and documents referred to in the bankruptcy rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand-delivery, telephone, telegraph, electronically or otherwise which may affect the rights or interests of David Zack and/or Leslie Herman in this case.

Dated at SOUTH WINDSOR, Connecticut on June 2, 2020.

/s/ Keith Yagaloff
Keith Yagaloff
Federal Bar No. CT25253
Counsel for David Zack and Leslie Herman
Keith Yagaloff, PC
1343 Sullivan Avenue
South Windsor, CT 06074
TEL. (860) 432-5400
FAX  (860) 432-5402
EMAIL: keith@yagaloff.com

## CERTIFICATION OF MAILING

I hereby certify that a copy of the foregoing Notice of Appearance and Demand for Service of Documents was mailed via U.S. Postal Service, first class postage prepaid or electronically, on June 2, 2020 to the following:

Jeffrey Hellman, Esq.
jeff@jeffhallmanlaw.com
representing John O'Neil, Esq., Trustee

Joel M. Grafstein, Esq.
jgrafstein@grafsteinlaw.com
representing Jeffrey C. Schwartzman

Mitchell J. Levine, Esq.
mlevine@nairlevin.com
representing Infiniti Financial Services

Walter J. Onacewicz, Esq.
wonacewicz@nairlevin.com
representing Infiniti Financial Services

Holly L Claiborn, Esq.
holley.l.claiborn@usdoj.com
representing U.S. Trustee

/s/ Keith Yagaloff
Keith Yagaloff CT25253